THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA
    Plaintiff

V.                                                 1:07CV00442 CKK

THE UNITED STATES SECRET SERVICE, Et al
    Defendants

## AFFIDAVIT OF SERVICE

I, Hadiza I. Wada, hereby declare that on the 8th day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to BILL LEONARD, BANK OF AMERICA, BOWIE MD. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BILL LEONARD
6911 LAUREL BOWIE RD
THE BANK OF AMERICA
BOWIE MD 20715

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ [illegible]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Dana Hood
C. Date of Delivery: 3/10/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer): 7006 2760 0004 3048 2973

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

/s/ Hadiza Wada
Hadiza I. Wada
4705 Rocky Spring lane
Bowie MD 20715
301.809.2898

**RECEIVED**
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA
    Plaintiff

V.                                                    1:07CV00442 CKK

THE UNITED STATES SECRET SERVICE, Et al
    Defendants

## AFFIDAVIT OF SERVICE

I, Hadiza I. Wada, hereby declare that on the 8th day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to __KEN LEWIS, CEO - BANK OF AMERICA__. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/12/7 |
| 1. Article Addressed to:<br>MR. KEN LEWIS, CEO<br>BANK OF AMERICA CORP. CENTER<br>100 North Tryon Street<br>Charlotte NC 28202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer) 7004 1350 0003 2411 6092 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

_Hadiza Wada_
Hadiza I. Wada
4705 Rocky Spring lane
Bowie MD 20715
301.809.2898

**RECEIVED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT