THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA
    Plaintiff

V.                                         1:07CV00442 CKK

THE UNITED STATES SECRET SERVICE, Et al
    Defendants

### AFFIDAVIT OF SERVICE

I, Hadiza I. Wada, hereby declare that on the 8th day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to ALBERTO GONZALES, U.S. ATTORNEY GENERAL Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 13 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
7004 1350 0003 2411 6108

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

_Hadiza Wada_
Hadiza I. Wada
4705 Rocky Spring lane
Bowie MD 20715
301.809.2898

RECEIVED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT