THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA
      Plaintiff

V.                                                                           1:07CV00442 CKK

THE UNITED STATES SECRET SERVICE, Et al
      Defendants


AFFIDAVIT OF SERVICE

I, Hadiza I. Wada, hereby declare that on the 8th day of March, 2007, I mailed

a copy of the summons and complaint, certified mail return receipt requested,

to _The U.S. Attorney for the District of Columbia_ Attached

hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>THE U.S. ATTORNEY FOR<br>THE DISTRICT OF COLUMBIA<br>501 THIRD STREET<br>NW<br>WASHINGTON DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered         ☐ Return Receipt for Merchand.<br>   ☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. 7004 1350 0003 2411 6115 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M | |

_Hadiza Wada_
Hadiza I. Wada
4705 Rocky Spring lane
Bowie MD 20715
301.809.2898

RECEIVED
APR 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA
Plaintiff

V.                                                        1:07CV00442 CKK

THE UNITED STATES SECRET SERVICE, Et al
Defendants

### AFFIDAVIT OF SERVICE

I, Hadiza I. Wada, hereby declare that on the 8th day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _Michael Chertoff_. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL CHERTOFF
THE U.S. SECRET SERVICE
950 H STREET, NW #912
WASHINGTON DC 20223

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

2. Article Number: 7004 1350 0003 2411 6122
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: MAR 19 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

_[signature]_
Hadiza I. Wada
4705 Rocky Spring lane
Bowie MD 20715
301.809.2898

RECEIVED
APR 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT