IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **HADIZA I. WADA,** | * | |
| **Plaintiff,** | * | Case No. 07CV00442 |
| v. | * | |
| | | Judge Colleen Kollar-Kotelly |
| | * | |
| **U.S. SECRET SERVICE, ET AL.,** | * | Deck Type: Pro se General Civil |
| **Defendants.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT, BANK OF AMERICA'S MOTION TO DISMISS

Defendant, Bank of America, N.A. ("BOA"), by its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this honorable Court to dismiss all Counts of Plaintiff's Complaint with prejudice on the basis that it fails to state a claim against BOA upon which relief could be granted. In support of this Motion, BOA refers the Court to the Memorandum of Law in Support of BOA's Motion to Dismiss, filed contemporaneously herewith and incorporated herein.

WHEREFORE, for the reasons more fully set forth in the Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant, Bank of America, N.A., respectfully requests that all claims in Plaintiff's Complaint be dismissed with prejudice.

Respectfully submitted,

_____/s/_____
Tessa Laspia Frederick # 465519
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464
Attorneys for Defendant,
Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Defendant, Bank of America's Motion to Dismiss was mailed via first class mail, postage prepaid, this 11th day of May, 2007, to:

>Hadiza Wada
>4705 Rocky Spring Lane
>Bowie, MD 20715
>
>Pro Se Plaintiff

_____/s/_____
Tessa Laspia Frederick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HADIZA I. WADA, | * | |
| Plaintiff, | * | Case No. 07CV00442 |
| v. | * | |
| * | | Judge Colleen Kollar-Kotelly |
| U.S. SECRET SERVICE, ET AL., | | |
| | * | Deck Type: Pro se General Civil |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT, BANK OF AMERICA, N.A.'S OF MOTION TO DISMISS**

Defendant, Bank of America, N.A. ("Bank of America"), by its attorney, Tessa L. Frederick and Miles & Stockbridge P.C., and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits this Memorandum of Points and Authorities in Support of its Motion to Dismiss and respectfully states as follows:

**INTRODUCTION**

On or about March 6, 2007, Plaintiff, Hadiza I. Wada ("Plaintiff") filed a pro se Complaint with this Court against the United States Secret Service, Bank of America and Bill Leonard. However, the Complaint does not state any independent cognizable cause of action against Bank of America entitling Plaintiff to the relief requested.

**ARGUMENT**

**I.   Standard of Review**

In ruling on a motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(b), the Court must construe the allegations and facts in the complaint in the light most favorable to the plaintiff and must grant the plaintiff the benefit of all

inferences that can be derived from the facts alleged. *See Conley v. Gibson,* 355 U.S. 41, 45-46 (1957); *Barr v. Clinton,* 370 F.3d 1196, 1199 (D.C.Cir. 2004) (*citing Kowal v. MCI Communications Corp.,* 16 F.3d 1271, 1276 (D.C.Cir. 1994)).  In matters involving *pro se* plaintiffs, the court generally read plaintiff's complaint liberally because she is proceeding *pro se,* and courts have generally held *pro se* complaints to "less stringent standards than formal pleadings drafted by lawyers." *Haines v. Kerner,* 404 U.S. 519, 520 (1972); *Razzoli v. Fed. Bureau of Prisons,* 230 F.3d 371, 374 (D.C.Cir. 2000).  However, the Court need not accept asserted inferences or conclusory allegations that are unsupported by the facts set forth in the complaint.  *See Kowal,* 16 F.3d at 1276.  Thus, even when proceeding *pro se,* the plaintiff must still meet the notice requirements of Rule 8(a) of the Federal Rules of Civil Procedure and give the defendant "fair notice of the plaintiff's claim and the grounds upon which it rests." *Ali v. District of Columbia,* 278 F.3d 1, 8 (D.C.Cir. 2002) (citing *Sinclair v. Kleindienst,* 711 F.2d 291, 293 (D.C.Cir. 1983)).  In effect, the Court will dismiss a claim pursuant to Rule 12(b)(6) if the defendant can demonstrate "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley,* 355 U.S. at 45-46.

  **II.**  **Plaintiff Has Failed to State a Claim Upon Which Relief Can be Granted.**

As stated above, Plaintiff must still meet the notice requirements of Rule 8(a) of the Federal Rules of Civil Procedure and give BOA fair notice of her claim and the grounds upon which that claim rests.  However, the Complaint contains no facts in support of a cognizable claim against BOA.

  Plaintiff's Complaint is based upon "the confiscation of Plaintiff's business account [which] was undertaken by a Federal Agency, The United States Secret Service." *Compl., ¶ 1, p. 1.* The seized account was maintained at BOA.  *Id.*  Plaintiff readily admits that the Secret Service seized her BOA account.  *Id., ¶ 21.*  Plaintiff's Complaint contains a series of factual

2

allegations, none of which states a claim against BOA. After setting forth the alleged facts, the Complaint, which contains no page numbers, contains a section entitled, "Matters to be resolved." However, this section contains no reference to BOA and thus makes no reference to any claims or issues involving BOA.

Plaintiff's Complaint ends with a section entitled, "RELIEF SOUGHT" in which Plaintiff alleges that she holds a BOA branch manager, Bill Leonard, "responsible" for the funds that Plaintiff admits were confiscated by the U.S. Government. There is no other reference to BOA or any of its employees in this section. The Complaint lists no causes of action and it is clear that the Complaint does not allege any facts upon which Plaintiff could maintain an independent cause of action against BOA. The Complaint fails to meet the notice requirements of Rule 8(a) of the Federal Rules of Civil Procedure and therefore, the Complaint should be dismissed.[1]

## CONCLUSION

Wherefore, pursuant to the foregoing, Defendant, Bank of America, N.A., respectfully requests that this Court dismiss Plaintiff's complaint against BOA with prejudice.

Respectfully submitted,

_____/s/_____
Tessa Laspia Frederick # 465519
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
410-727-6464 (telephone)
410-385-3700 (facsimile)

*Attorneys for Defendant,*
*Bank of America, N.A.*

---

[1] Attached to the Complaint are numerous documents which are not referenced in the Complaint. One such document is entitled, "Complaint Details Against the Bank of America." The document is not in pleading form, is not incorporated in the Complaint and does not state a proper claim against BOA.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Defendant, Bank of America's Memorandum in Support of Motion to Dismiss was mailed via first class mail, postage prepaid, this 11th day of May, 2007, to:

        Hadiza Wada
        4705 Rocky Spring Lane
        Bowie, MD 20715

        Pro Se Plaintiff


                                    _____/s/_____
                                      Tessa Laspia Frederick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **HADIZA I. WADA,** | * | |
| Plaintiff, | * | Case No. 07CV00442 |
| v. | * | |
| | * | **Judge Colleen Kollar-Kotelly** |
| **U.S. SECRET SERVICE, ET AL.,** | * | |
| | * | **Deck Type: Pro se General Civil** |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, Bank of America, N.A.'s Motion to Dismiss and any opposition hereto, it is this _____ day of _____, 2007, hereby

**ORDERED**, that Defendant's Motion, and the same hereby is, GRANTED and it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE as to Bank of America, N.A..

_____
Judge, U.S. District Court for the District of Columbia