IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **HADIZA I. WADA,** | * | |
| Plaintiff, | * | Case No.  07CV00442 |
| v. | * | |
| | * | Judge Colleen Kollar-Kotelly |
| **U.S. SECRET SERVICE, ET AL.,** | * | |
| | * | Deck Type: Pro se General Civil |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATE – RULE LCvR 7.1

    I, the undersigned, counsel of record for Defendant, Bank of America, N.A. certify that to the best of my knowledge and belief, the following is the parent corporation of Defendant, Bank of America, N.A. which has outstanding securities in the hands of the public:

    Bank of America Corporation

    These representations are made in order that judges of this Court may determine the need for recusal.

                                                    /s/
                                       Tessa Laspia Frederick # 465519
                                       Miles & Stockbridge P.C.
                                       10 Light Street
                                       Baltimore, Maryland 21202
                                       (410) 727-6464

                                       Counsel for Defendant, Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certificate LCvR 7.1 of the Local Rules of the United States District Court for the District Of Columbia was mailed via first class mail, postage prepaid, this 11th day of May, 2007, to:

>Hadiza Wada
>4705 Rocky Spring Lane
>Bowie, MD 20715
>
>Pro Se Plaintiff

_____
Tessa Laspia Frederick