UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA,

    Plaintiff,

    v.

UNITED STATES SECRET SERVICE,
et al.,

    Defendants.

Civil Action No. 07-442 (CKK)

**ORDER**
(May 14, 2007)

On, May 11, 2007 Defendant Bank of America, N.A. filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the Plaintiff that she must respond to Defendant's Motion to Dismiss no later than June 8, 2007. If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss Plaintiff's Complaint.

    **SO ORDERED**.

Copy to:
Hadiza I. Wada
4705 Rocky Spring Lane
Bowie, MD 20715

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge