# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HADIZA I. WADA,** ) | |
|       **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **UNITED STATES SECRET SERVICE,** ) | Civil No. 07-00442 (CKK) |
| **BANK OF AMERICA, and** ) | ECF |
| **BILL LEONARD,** ) | |
|       **Defendants.** ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Barry Wiegand as counsel for the United States in this action.

Respectfully submitted,

/s/
BARRY WIEGAND, DC Bar #424288
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, in addition to service through the Court's Electronic Court Filing (ECF) system, I have cause service of the foregoing Notice of Appearance to be made by having a copy of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to Ms. Hadiza I. Wada, plaintiff *pro se*, 4705 Rocky Spring Lane, Bowie, Maryland 20715 (301) 809-2898, on or before the seventeenth day of May 2007.

Barry Wiegand
Assistant U.S. Attorney