# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HADIZA I. WADA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | **Civil No. 07-00442 (CKK)** |
| **BANK OF AMERICA, and** | ) | **ECF** |
| **BILL LEONARD,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## DEFENDANT UNITED STATES SECRET SERVICE'S MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

The United States Attorney for the District of Columbia on behalf of the United States Secret Service respectfully moves, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to enlarge the time to file a response to plaintiff's Complaint, until and including June 19, 2007. A response from the defendant denominated the United States Secret Service appears to be due on May 18, 2007. This is the first request for an enlargement of time, and granting this motion will not require the rescheduling of any other due dates in this action because no scheduling order has been entered.

1. Plaintiff, Hadiza I. Wada, is a resident of Maryland, according to the address she has supplied the Court when filing the complaint. On or about March 6, 2007, proceeding *pro se*, plaintiff filed in the United States District Court for the District of Columbia a complaint naming as defendants: (1) The United States Secret Service; (2) The Bank of America ("BOA"); and, (3) Bill Leonard.

2. Plaintiff's *pro se* complaint apparently seeks the return of funds, which plaintiff alleges that the United States Secret Service seized in November 2006 from an account maintained with a Maryland branch of the defendant Bank of America. Plaintiff's complaint does not state the account's specific routing number, nor supply other identifying numbers or information about the

account.

3.      In this complaint, plaintiff states that the account was maintained on behalf of a business entity called "Latest Technology International," ("LTI") which plaintiff states she registered with the State of Maryland in 2005. Plaintiff states that she opened this business account in May 2006 at a BOA branch office located in Bowie, Maryland.  It can be inferred from the complaint that plaintiff alleges that the amount of funds seized from this account is $149,500.00. It further can be inferred from the complaint that defendant Bill Leonard is a BOA employee, who works at the bank's branch in Bowie, Maryland, and all of whose actions described in the complaint occurred in Maryland.

4.      Although not stated in plaintiff's complaint, on or about December 1, 2006, a U.S. Magistrate Judge in the Eastern District of Michigan issued a warrant to seize all funds on deposit in a Bank of America Account, whose multi-digit number ended in 6055.

5.      Plaintiff's complaint is accompanied by a number of documents.  One of these appears to be a formal notice to plaintiff from the U.S. Secret Service that $354,144.44 was seized on December 1, 2006, from a Bank of America account, whose multi-digit number ended in 6055. This seizure notice letter states that the sum is subject to forfeiture, pursuant to 18 U.S.C. § 981, because it was used in or acquired in violation of 18 U.S.C. § 1343, which prohibits fraud by wire, radio, or television.  Generally, section 981 subjects to civil forfeiture certain property used or involved in or acquired through involvement in various federal crimes.

6.      Further, plaintiff's complaint includes a document ("Seized Asset Claim Form") suggesting that she filed on February 21, 2007, a claim for $149,470.00, apparently in response to the seizure notice from the U.S. Secret Service.  Read together, the Secret Service's notice and

plaintiff's Seized Asset Claim Form indicate that there is now on-going an administrative forfeiture proceeding, based upon the execution in the District of Maryland of judicial process issuing from the Eastern District of Michigan.

7.     A response to plaintiff's complaint by the defendant denominated the U.S. Secret Service now appears to be due on May 18, 2007.  Because of the multiple jurisdictions, agencies, and issues of fact raised by plaintiff's *pro se* complaint, additional time reasonably is needed for proper investigation and preparation of a response to the complaint in this case.  In consequence, the United States prays this Honorable Court to enlarge until and including June 19, 2007, the time within which it must file a response to plaintiff's complaint.

8.     Undersigned counsel telephoned plaintiff Ms. Hadiza I. Wada at the number supplied with her complaint to ascertain her position on this motion, and left a message by voice-mail.  At the time of filing this motion, undersigned counsel had not heard back in reply.  Calling this same number on other occasions produced indications that it connects to a telefax machine.  One of the documents attached to the complaint contained a cell-phone number for plaintiff, which undersigned counsel also called, but no voice-mail could be left.  Consequently, it is not possible to ascertain plaintiff's position on this motion.  A proposed order granting this motion is attached.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


 /s/
William R. Cowden, D.C. Bar No. 426301
Assistant United States Attorney

3

/s/
_____
Barry Wiegand, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, in addition to service through the Court's Electronic Court Filing (ECF) system, I have cause service of the foregoing Defendant United States Secret Service's Motion For Enlargement Of Time To Respond To Complaint and attached proposed order to be made by having a copy of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to Ms. Hadiza I. Wada, plaintiff *pro se*, 4705 Rocky Spring Lane, Bowie, Maryland 20715 (301) 809-2898, on or before the 17th day of May 2007.

_____/s/_____
Barry Wiegand
Assistant U.S. Attorney

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HADIZA I. WADA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | **Civil No. 07-00442 (CKK)** |
| **BANK OF AMERICA, and** | ) | **ECF** |
| **BILL LEONARD,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER**

This matter came before the Court on a motion by the United States of America, which asked the Court to enlarge until and including June 19, 2007, the time to file a response to plaintiff's *pro se* complaint in this case. Upon consideration of that motion, for the reasons stated therein, and in light of the entire record in this case, it is by the Court this _____ day of May,

ORDERED, that the motion of the United States of America be, and the same hereby is, GRANTED; and it is further

ORDERED, that a response on behalf of the defendant denominated the United States Secret Service shall be filed on or before June 19, 2007.

SO ORDERED.

_____          _____
Dated                                                    COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge

5

cc:    Ms. Hadiza Wada
4705 Rocky Spring Lane
Bowie, Maryland 20715
(301) 809-2898

Barry Wiegand
Assistant United States Attorney
DC Bar #424288
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov