UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADIZA I. WADA,            )<br>            Plaintiff,     )<br>                         )<br>      v.                   )<br>                         )<br>UNITED STATES SECRET SERVICE,  )<br>BANK OF AMERICA, and        )<br>BILL LEONARD,              )<br>            Defendants.   )<br>_____ ) | Civil No. 07-00442 (CKK)<br>ECF |

**DEFENDANT UNITED STATES SECRET SERVICE'S NOTICE OF NO OPPOSITION
TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

The United States Attorney for the District of Columbia on behalf of the United States Secret Service yesterday filed a motion to enlarge until June 19, 2007, the time to respond to plaintiff's Complaint. The motion stated that plaintiff's position on the enlargement could not be ascertained. Since the motion was filed, however, undersigned counsel and plaintiff were able to get in touch, and plaintiff was gracious enough to state that she does not oppose the motion to enlarge.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


/s/
Barry Wiegand, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, in addition to service through the Court's Electronic Court Filing (ECF) system, I have cause service of the foregoing Defendant United States Secret Service's Notice Of No Opposition To Motion For Enlargement Of Time To Respond To Complaint to be made by having a copy of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to Ms. Hadiza I. Wada, plaintiff *pro se*, 4705 Rocky Spring Lane, Bowie, Maryland 20715 (301) 809-2898, on or before the 18th day of May 2007. Additionally, I have sent a copy by e-mail to Ms. Wada this same day.

                                              \_\_\_\_\_/s/_____
                                              Barry Wiegand
                                              Assistant U.S. Attorney