UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADIZA I. WADA, )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES SECRET SERVICE, )<br>BANK OF AMERICA, and )<br>BILL LEONARD, )<br>     Defendants. )<br>_____) | Civil No. 07-00442 (CKK)<br>ECF |

## ORDER

This matter came before the Court on a motion by the United States of America, which asked *now unopposed* the Court to enlarge until and including June 19, 2007, the time to file a response to plaintiff's *pro se* complaint in this case. Upon consideration of that motion, for the reasons stated therein, *and plaintiff's consent* and in light of the entire record in this case, it is by the Court this 21st day of May,

ORDERED, that the motion of the United States of America be, and the same hereby is, GRANTED; and it is further

ORDERED, that a response on behalf of the defendant denominated the United States Secret Service shall be filed on or before June 19, 2007.

SO ORDERED.

May 21, 2007
Dated

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

5

cc:    Ms. Hadiza Wada
4705 Rocky Spring Lane
Bowie, Maryland 20715
(301) 809-2898

Barry Wiegand
Assistant United States Attorney
DC Bar #424288
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov

6