THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADIZA I. WADA ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. CV 07-00442 (CKK) |
| ) | |
| UNITED STATES SECRET SERVICE et al ) | |
|     Defendant ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
BANK OF AMERICA'S MOTION TO DISMISS

Plaintiff respectfully seeks a one week extension until and including June 15, 2007 to file a response to Bank of America's motion to dismiss filed May 11, 2007. This is Plaintiff's first request for an extension in this civil action. The extension sought is due to additional and conflicting information just recently received by Plaintiff from Defendant(s) which should be researched, analyzed and reflected in light of the role of the Bank of America in the case. Plaintiff in good faith and in an attempt to expedite the process forwarded documents which many would rather withhold until discovery. However, because of the scarcity of relevant information from Defendant(s), and because Bank of America is seeking a dismissal, any information received has to be carefully analyzed and reflected.

Plaintiff tried to reach the Bank of America Counsel for her consent to the enlargement of time at the one telephone number listed for her, but did not receive a response. Plaintiff, however, left a voice mail. When Plaintiff called back again she was informed that Counsel is actually out until Monday next week, June 11, 2007.

RECEIVED

JUN - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted

*[signature]*

Hadiza I. Wada
4705 Rocky Spring Lane
Bowie MD 20715
301.809.2898

## CERTIFICATE OF SERVICE

This is to certify that a copy of the motion for extension of time was mailed first class postage prepaid on June 7, 2007 to:

Tessa Laspia Fredecrick

10 Light Street

Baltimore, Maryland 21202

410-727-6464 (Phone)

410.385.3700 (Fax)

*Hadiza Wada*

Hadiza I. Wada
4705 Rocky Spring Lane
Bowie MD 20715
301.809.2898

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA        )
    Plaintiff        )
                         )
v.        ) Civil Action No. CV 07-00442 (CKK)
                         )
UNITED STATES SECRET SERVICE et al )
    Defendant        )

**ORDER**

Plaintiff requests the Court to enlarge until and including June 15. 2007 to file a response to the Bank of America's (Defendant) motion to dismiss.

ORDERED, that the motion of Plaintiff be GRANTED, it is further

ORDERED, that a response on behalf of the Plaintiff shall be filed on or before June 15, 2007.

SO ORDERED.

Dated                                               Colleen Kollar-Kotelly
                                                         United States District Judge