UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADIZA I. WADA,

   Plaintiff,

v.

UNITED STATES SECRET SERVICE,
et al.,

   Defendants.

Civil Action No. 07-442 (CKK)

**ORDER**
(June 21, 2007)

On, June 19, 2007 Defendant United States Secret Service filed a Motion to Dismiss or, in the Alternative, to Transfer to the Eastern District of Michigan, in the above-captioned case. Plaintiff is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the Plaintiff that she must respond to Defendant's Motion to Dismiss/Motion to Transfer no later than July 13, 2007. If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss Plaintiff's Complaint.

**SO ORDERED.**

Copy to:
Hadiza I. Wada
4705 Rocky Spring Lane
Bowie, MD 20715

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge

