IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **HADIZA I. WADA,** | * | |
| **Plaintiff,** | * | Case No. 07-CV-00442 |
| v. | * | |
| | * | Judge Colleen Kollar-Kotelly |
| **U.S. SECRET SERVICE, ET AL.,** | * | |
| | * | Deck Type: Pro se General Civil |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### BANK OF AMERICA'S OPPOSITION TO PLAINTIFF'S "MOTION IN SUPPORT OF REQUEST TO RULE IN PLAINTIFF'S FAVOR"

Defendant, Bank of America, N.A. ("BOA"), by its undersigned attorneys, hereby files this Opposition to Plaintiff's Motion in Support of Request to Rule in Plaintiff's Favor. For its opposition to Plaintiff's Motion, BOA opposes that motion and hereby incorporates and adopts by reference all arguments made in BOA's Motion to Stay Discovery, filed contemporaneously herewith and incorporated herein.

WHEREFORE, for the reasons more fully set forth in Bank of America's Motion to Stay Discovery, Defendant, Bank of America, N.A., respectfully requests that this Court deny "Plaintiff's Motion in Support of Request to Rule in Plaintiff's Favor" and stay all discovery in this matter until after this Court rules on the two outstanding motions to dismiss filed by the defendants in this case.

        Respectfully submitted,

        _____/s/_____
        Tessa Laspia Frederick # 465519
        Miles & Stockbridge P.C.
        10 Light Street, Suite 1200
        Baltimore, Maryland 21202
        (410) 727-6464
        Attorneys for Defendant,
        Bank of America, N.A.

### **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing Defendant, Bank of America's Opposition to Plaintiff's Motion in Support of Request to Rule in Plaintiff's Favor was mailed via first class mail, postage prepaid, this 20th day of September, 2007, to:

    Hadiza Wada
    4705 Rocky Spring Lane
    Bowie, MD 20715

    Pro Se Plaintiff

        _____/s/_____
        Tessa Laspia Frederick