UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADIZA I. WADA,                   )   | |
|        Plaintiff,     ) | |
|     v.                                        ) | |
| UNITED STATES SECRET SERVICE,  ) | Civil No. 07-00442 (CKK) |
| BANK OF AMERICA, and              ) | ECF |
| BILL LEONARD,                          ) | |
|        Defendants.   ) | |
| _____) | |

**DEFENDANT SECRET SERVICE'S RESPONSE TO PLAINTIFF'S "MOTION"
IN SUPPORT OF REQUEST TO RULE IN PLAINTIFF'S FAVOR**

*COMES NOW*, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to respond to plaintiff's *pro se* pleading, styled "Motion In Support Of Request To Rule In Plaintiff's Favor." In short, even construed liberally, this *pro se* pleading – however styled – is not a motion. Rather, it effectually is a consolidated "sur-reply" because it only asks, again, that the Court rule in plaintiff's favor on two pending motions to dismiss, which defendants separately have filed. When defendants moved to dismiss – or, in the government's motion, alternatively to transfer, if not dismissed – plaintiff filed *pro se* oppositions to each motion, and defendants separately filed replies. Plaintiff's *pro se* "sur-reply" simply re-iterates certain meritless points advanced in plaintiff's opposition to defendants's motions. The government respectfully submits that those motions were ripe for adjudication before plaintiff filed her *pro se* consolidated "sur-reply" pleading. Because plaintiff's pleading is not truly a motion and does not apply to the Court for an order, the government defendant submits that a formal opposition is unnecessary and respectfully asks the Court to accept this response instead.[1]

---

[1] Defendant also respectfully wishes to incorporate into this response by reference its arguments made in its motion to dismiss or, in the alternative, to transfer, and in its reply pleading.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


/s/
William R. Cowden, D.C. Bar No. 426301
Assistant United States Attorney


/s/
Barry Wiegand, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)
Counsel for United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, in addition to service through the Court's Electronic Court Filing (ECF) system, I have caused service of the foregoing DEFENDANT SECRET SERVICE'S RESPONSE TO PLAINTIFF'S "MOTION" IN SUPPORT OF REQUEST TO RULE IN PLAINTIFF'S FAVOR to be made by having a copy of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to Ms Hadiza I. Wada, plaintiff *pro se*, 4705 Rocky Spring Lane, Bowie, Maryland 20715 (301) 809-2898, on or before this third day of October 2007.

/s/
Barry Wiegand

---

Defendant also states that plaintiff's suggestions of perjury are unwarranted and unfounded, in fact, and betray a remarkable misapprehension of the term's meaning in law.