UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADIZA I. WADA,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES SECRET SERVICE,<br>*et al.*,<br><br>    Defendants. | Civil Action No. 07-442 (CKK) |

**ORDER**
(November 13, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 13th day of November, 2007, hereby

**ORDERED** that [22] Plaintiff's Motion in Support of Request to Rule in Plaintiff's Favor is DENIED; it is further

**ORDERED** that [15] the Secret Service's Motion to Dismiss is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that [16] the Secret Service's Alternative Motion to Transfer is GRANTED; it is further

**ORDERED** that [7] Bank of America's Motion to Dismiss is DENIED; it is further

**ORDERED** that [23] Bank of America's Motion to Stay Discovery is GRANTED; it is further

**ORDERED** that the instant action is transferred in its entirety to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

Copy to:
Hadiza I. Wada
4705 Rocky Spring Lane
Bowie, MD 20715

                                                      /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge